UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BONFARE MARKETS, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-01211-SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff Francisca Moralez filed this action on March 8, 2017. Docket No. 1. That same day, the Court issued a scheduling order for cases asserting the denial of right of access under the Americans with Disabilities Act. Docket No. 3. That order listed, among other items, a deadline of June 21, 2017, for completion of a joint inspection of the premises. *Id.* at 1. Plaintiff's "Notice of Need for Mediation" was due 42 days later. *Id.* at 2. Plaintiff has filed nothing in this action since April 2017.

Plaintiff is **ORDERED TO SHOW CAUSE** on or before September 1, 2017, why this case should not be dismissed for failure to prosecute. Plaintiff may do so by filing a status update or a "Notice of Need for Mediation" **no later than September 1, 2017.** If plaintiff does not file a status update or notice by this date, or otherwise receive permission of the Court, the Court may dismiss this action for failure to prosecute.

**IT IS SO ORDERED**.

Dated: August 21, 2017

_____
SUSAN ILLSTON
United States District Judge