UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,
    Plaintiff,
    v.
BONFARE MARKETS, INC., et al.,
    Defendants.

Case No. 17-cv-01211-SI

**ORDER EXTENDING DEADLINE FOR SITE INSPECTION**

The parties to this action brought under the Americans with Disabilities Act have informed the Court that they are engaged in settlement discussions. Docket Nos. 9, 10. Defendants have requested that the Court extend the deadline for the joint site inspection of the premises until September 20, 2017. Docket No. 10 ¶ 4. The request is GRANTED.

**IT IS SO ORDERED**.

Dated: September 1, 2017

SUSAN ILLSTON
United States District Judge