UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, <br>     Plaintiff, <br>   v. <br> BONFARE MARKETS, INC., et al., <br>     Defendants. | Case No. 17-cv-01211-SI <br><br> **ORDER TO FILE STATUS UPDATE** |

Plaintiff filed this action under the Americans with Disabilities Act on March 8, 2017. Dkt. No. 1. The Court issued a scheduling order setting a deadline of June 21, 2017, for the joint site inspection of the premises. Dkt. No. 3. Having received no further filings from the parties, on August 21, 2017, the Court issued an order to show cause why the case should not be dismissed for failure to prosecute. Dkt. No. 7. The parties responded that they had begun settlement discussions and requested an extension of the site inspection deadline. Dkt. Nos. 9, 10. Accordingly, the Court extended the site inspection deadline to September 20, 2017. Dkt. No. 11

Under the scheduling order, the parties had forty-two days after the joint site inspection, or until November 1, 2017, to file a notice of need for mediation. The Court has heard nothing from the parties since August. **The Court therefore ORDERS that the parties shall file a status update or a notice of need for mediation no later than November 16, 2017.**

**IT IS SO ORDERED**.

Dated: November 9, 2017

_____
SUSAN ILLSTON
United States District Judge