RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, <br><br> PLAINTIFF, <br><br> v. <br><br> BONFARE MARKETS, INC., ET AL. <br><br> DEFENDANTS. | Case No.   3:17-cv-1211-SI <br><br> **[PROPOSED] ORDER** |

UPON THE STIPULATION OF THE PARTIES, THE MATTER IS HEREBY DISMISSED IN ITS ENTIRITY WITH PREJUDICE.

IT IS SO ORDERED.

DATED: 2/5/18                               _____

United States District Court Judge

*Moralez v. Bonfare Markets, Inc., et al.*
[Proposed] Order

1